Haul, Judge. —
 

 I concur in opinion with the Judge below that Ibis bill should be dismissed; .the Complainant has no lien on the negro or his value, which is in the possession of theDefendant
 
 Havens,
 
 either in Law or Equity.
 
 Havens
 
 became the purchaser when the negro was sold, for valuable consideration ; after paying off the debt for which he was sold, he retained the balance of the money bid for the negro in his own hands, for a debt which
 
 Smith
 
 owed him, and this was done by the consent of Smith, he might have purchased of
 
 Smith, bona fide,
 
 without the intervention of a public sale, because, at that time there was no lien on the slave in favor of the Complainant.
 

 I think
 
 Dixon
 
 should be allowed his costs, and that the other Defendants jointly, should be allowed costs.
 

 And of this opinion were the other Judges.
 

 By the Court,
 

 JpdgmeNt Affirmed.